# UNITED STATES DISTRICT COURT

Western District of Arkansas

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |

**WILLIAM C. MITCHELL**

Case No.  **1:10CR10004- 004**
USM No.  06789-010

_____Bruce Eddy_____
Defendant's Attorney

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s)   Mandatory & Standard Conditions listed below

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | Violation One of Petition Filed July 14, 2016<br>Mandatory Condition/Standard Condition #7 – Use of a Controlled Substance | 06/13/2016 |
| One | Violation One of Supplemental Petition Filed July 20, 2017<br>Mandatory Condition - New Law Violation | 06/29/2017 |
| Two | Standard Condition #7 – Possession of a Controlled Substance | 06/29/2017 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| | |
|---|---|
| Last Four Digits of Defendant's Soc. Sec.   9732 | March 21, 2018 |
| | Date of Imposition of Judgment |
| Defendant's Year of Birth:   1975 | |
| | /s/ Susan O. Hickey |
| City and State of Defendant's Residence: | Signature of Judge |
| Crossett, Arkansas | |
| | Honorable Susan O. Hickey, U.S. District Judge |
| | Name and Title of Judge |
| | March 26, 2018 |
| | Date |

DEFENDANT: **WILLIAM C. MITCHELL**
CASE NUMBER: **1:10CR10004- 004**

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :

**Thirty-seven (37) months imprisonment with credit for time served in federal custody. No term of supervision will follow the term of imprisonment.**

☒ The court makes the following recommendations to the Bureau of Prisons:

**The Court recommends confinement at FCI Texarkana, or a BOP facility near El Dorado, Arkansas. The Court further recommends the defendant be a candidate for drug treatment and vocational programs while incarcerated.**

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL